SEALED

FILED IN OPEN COURT
ON 6-24-2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO. 5:20-CR-300-1BO(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INDICTMENT |
| ) | |
| FREDDIE S. DEAN ) | |
| a/k/a "Freddie S. Williams" ) | |

The Grand Jury charges that:

### COUNT ONE

On or about March 15, 2019, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," did knowingly and intentionally possess with the intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

On or about March 15, 2019, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," did knowingly possess a firearm in furtherance of a drug trafficking crime, and use or carry a firearm during and in relation to a drug trafficking crime, for which he may be prosecuted in a court of the United States, as charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT THREE

On or about March 15, 2019, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT FOUR

On or about November 5, 2019, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," did knowingly and intentionally distribute a quantity of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about January 11, 2020, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about January 11, 2020, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," knowing he

had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT SEVEN

On or about March 24, 2020, in the Eastern District of North Carolina, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[Remainder of page intentionally left blank.]

## ALLEGATION OF PRIOR CONVICTIONS

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, FREDDIE S. DEAN, also known as "Freddie S. Williams," committed the violations in Counts One, Four, Five and Seven of the Indictment after a prior conviction for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

a) One Denali Cobra .380 handgun, bearing serial number K19441, seized on March 15, 2019 from FREDDIE S. DEAN, also known as "Freddie S. Williams," and any and all associated ammunition;

5

b) One Hipoint CF380 handgun, bearing serial number P81G2760, seized on March 15, 2019 from FREDDIE S. DEAN, also known as "Freddie S. Williams," and any and all associated ammunition;

c) Approximately $450.00 in United States Currency seized on March 15, 2019 from FREDDIE S. DEAN, also known as "Freddie S. Williams;"

d) One Winchester Model 300 Defender shotgun, bearing serial number L2871317, seized on January 11, 2020 from FREDDIE S. DEAN, also known as "Freddie S. Williams," and any and all associated ammunition;

e) Approximately $3.07 in United States Currency seized on January 11, 2020 from FREDDIE S. DEAN, also known as "Freddie S. Williams;"

f) One 9mm SCCY pistol, bearing serial number 774160, seized on March 24, 2020 from FREDDIE S. DEAN, also known as "Freddie S. Williams," and any and all associated ammunition; and

g) Approximately $1,366.00 in United States Currency seized on March 24, 2020, from FREDDIE S. DEAN, also known as "Freddie S. Williams."

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____

FOREPERSON

DATE: 6-23-20

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

ROBERT J. HIGDON, JR.
United States Attorney

BY: _____
DENA J. KING
Assistant United States Attorney
Criminal Division

7